UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| OCTAVIAN HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:11CV169 HEA |
| ) | |
| S&W FORECLOSURE CORPORATION, ) | |
| et al.,` ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion.  On January 9, 2012, the Court granted Defendants' Motion to Dismiss and granted Plaintiff 14 days from the date of the Order to file an Amended Complaint.  Plaintiff failed to do so, and has taken no further action in this matter

Accordingly,

**IT IS HEREBY ORDERED** that this matter is dismissed.

Dated this 29th day of February, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE